# TAYLOR DYKEMA

December 5, 2025

**VIA ECF**

Hon. Esther Salas, U.S. District Judge
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:    *Elsid Aliaj v. Fort Lee Police Department et al.,* Case No. 2:25-cv-17131
              Joint Status Letter

Your Honor;

    This firm is counsel to Plaintiff Elsid Aliaj ("Aliaj" or "Plaintiff") in the above-captioned matter. Together with the Borough of Fort Lee (pled as "Fort Lee Police Department"), Matthew J. Hintze, (the Borough of Fort Lee and Hintze, together, the "Borough Defendants"), the Bergen County Prosecutor's Office, and Mark Musella (together, the "County Defendants"), the undersigned respectfully submits this joint status letter pursuant to this Court's November 5, 2025 Order [ECF 5].

    As required by the Court's November 5, 2025 Order, each of the Borough Defendants and the County Defendants was served with a summons and with copies of Plaintiff's Complaint [ECF 1] and Motion for Preliminary Injunction [ECF 3], inclusive of exhibits and attachments thereto, before November 21, 2025. The parties have met and conferred via telephone and email, and have engaged in productive settlement negotiations.

    On December 1, 2025, the County Defendants learned that the Office of the Attorney General would not be representing them in this matter, and accordingly they retained Philip George of Eric M. Bernstein & Associates, LLC as their counsel. Since that date, the Parties have made significant progress towards resolution of this matter. The Parties will attempt to reach a full agreement or an agreement in principle prior to the briefing deadlines relating to Plaintiff's Motion for Preliminary Injunction.

    To accommodate continued resolution efforts and to avoid unnecessary litigation, the Parties jointly seek a brief extension of upcoming filing deadlines in this case. The Parties believe that they will be able to reach mutually satisfactory resolution of this matter before these deadlines, however in the event that they are unable to do so, they request that this Court set the following filing deadlines.

*Aliaj v. Fort Lee Police Department, et al.*
Case No. 2:25-cv-17131
December 5, 2025

  The Parties do not believe that discovery is necessary for the Court to resolve the Plaintiff's Motion for Preliminary Injunction. In the event that the Parties are unable to reach a resolution of all claims, Plaintiff anticipates filing an amended complaint following Defendants' Responses to the currently operative Complaint. The requested extended deadlines are set forth in the table below.

| Description | Current Deadline | Proposed New Deadline |
|---|---|---|
| Deadline for the Borough Defendants' Response to Plaintiff's Complaint | December 19, 2025 | January 15, 2026 |
| Deadline for the County Defendants' Response to Plaintiff's Complaint | December 1, 2025 | January 15, 2026 |
| Motion Day for Plaintiff's Motion for Preliminary Injunction | January 5, 2026 | February 2, 2026 |
| All Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction | December 22, 2025 | January 20, 2026 |
| Plaintiff's Reply in Support of their Motion for Preliminary Injunction | December 29, 2025 | January 26, 2026 |

  One previous request for extension has been made for each of the above deadlines to respond to Plaintiff's Complaint. The deadline for the Borough Defendants' Response to Plaintiff's Complaint was extended from December 5, 2025 to December 19, 2025. [Text Order entered 12/02/2025]. The Court has not yet granted or denied the County Defendants' Motion for Extension.

  We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/ Edward A. Paltzik*
Edward Andrew Paltzik, Esq.
Taylor Dykema, PLLC
914 E 25th Street
Houston, TX 77009
516-526-0341
edward@taylordykema.com

*Aliaj v. Fort Lee Police Department, et al.*
Case No. 2:25-cv-17131
December 5, 2025

*Counsel for Plaintiff*

