

34 MOUNTAIN BOUULEVARD, BUILDING A
P.O. BOX 4922
WARREN, NEW JERSEY 07059

(732) 805-3360
FACSIMILE (732) 805-3346
www.embalaw.com

January 28, 2026

Hon. Esther Salas, U.S.D.J.
United States District Court
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102
**By Electronic PACER filing Only**

**RE:**   *Elsid Aliaj v. Fort Lee Police Department, et al.*
  **Docket No. 2:25-cv-17131**
  **Our File No. 1122-1096P[AY]**

Dear Judge Salas:

As the Court knows, this law firm represents the Defendant, Bergen County Prosecutor's Office, in the above entitled matter.

With the consent of counsel, we request that the already-extended date of January 29, 2026, for the briefing schedule and related pleadings deadlines be extended again through Friday, February 28, 2026. The reason for the request is that, as the Court knows, the undersigned was out of the office due to hospitalization, and I have just returned to the office on a limited schedule and working remotely.

| Description | Current Deadline | Proposed New Deadline |
|---|---|---|
| Deadline for the Borough Defendants' Response to Plaintiffs Complaint | January 29, 2026 | February 20, 2026 |
| Deadline for the County Defendants' Response to Plaintiffs Complaint | January 29, 2026 | February 20, 2026 |

1

| Motion Day for Plaintiffs Motion for Preliminary Injunction | February 2, 2026 | February 16, 2026 |
|---|---|---|
| All Defendants' Opposition to Plaintiffs Motion for Preliminary Injunction | February 3, 2026 | February 18, 2026 |
| Plaintiffs Reply in Support of their Motion for Preliminary Injunction | February 9, 2026 | February 20, 2026 |

    We note for the Court that we have been in discussions with Plaintiff's counsel regarding resolution of this matter, have already effected individual relief regarding return of weapons and withdrawal of State Court proceedings, and we have discussed a framework for permanent relief and are beginning the drafting, comment and review process to see if we can resolve the remaining policy-related issues. We will keep the Court advised of this process.

    Thank you for your attention to this matter.

Very truly yours,<br>
Eric M. Bernstein & Associates, L.L.C.<br>
By: *Philip G. George*<br>
Philip G. George, Esquire<br>
NJ Bar ID #015061982<br>
Of Counsel to the Law Firm

IT IS SO ORDERED.

_____
Hon. Esther Salas, U.S.D.J.

Dated: _____, 2026

PGG/pg
CC:    By PACER and email only
       Edward Andrew Paltzik, Esquire
       Mary Anne Groh, Esquire
       Thomas McGuire, Executive First Assistant Bergen County Prosecutor