

34 MOUNTAIN BOULEVARD, BUILDING A
P.O. BOX 4922
WARREN, NEW JERSEY 07059

(732) 805-3360
FACSIMILE (732) 805-3346
www.embalaw.com

February 20, 2026

Hon. Esther Salas, U.S.D.J.
United States District Court
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102
**By Electronic PACER filing Only**

**RE:** *Elsid Aliaj v. Fort Lee Police Department, et al.*
**Docket No. 2:25-cv-17131**
**Our File No. 1122-1096P[AY]**

Dear Judge Salas:

As the Court knows, this law firm represents the Defendant, Bergen County Prosecutor's Office, in the above entitled matter.

With the consent of counsel, we request that the briefing schedule and related pleadings deadlines be extended again through Monday, March 9, 2026. The reason for the request is that, as the Court knows, the undersigned was out in January due to illness, returned to a part time schedule as of February 2, 2026, and the Defendants are reviewing a settlement proposal and policy changes with regard to a possible resolution.

| Description | Current Deadline | Proposed New Deadline |
|---|---|---|
| Deadline for the Borough Defendants' Response to Plaintiffs Complaint | February 20, 2026 | March 6, 2026 |
| Deadline for the County Defendants' Response to Plaintiffs Complaint | February 20, 2026 | March 6, 2026 |

1

| Motion Day for Plaintiffs Motion for Preliminary Injunction | February 16, 2026*<br><br>Next Non-Holiday February 17, 2026 | March 16, 2026 |
|---|---|---|
| All Defendants' Opposition to Plaintiffs Motion for Preliminary Injunction | February 18, 2026 | March 2, 2026 |
| Plaintiffs Reply in Support of their Motion for Preliminary Injunction | February 20, 2026 | March 9, 2026 |

    We note for the Court that we have been in discussions with Plaintiff's counsel regarding resolution of this matter, we have already resolved the individual relief regarding return of weapons and withdrawal of State Court proceedings and we have received a proposed settlement agreement from Plaintiff for permanent relief. We have some way to go on this, but we believe we can resolve the remaining policy-related issues. We will keep the Court advised of this process.

    Thank you for your attention to this matter.

Very truly yours,
Eric M. Bernstein & Associates, L.L.C.

By: *Philip G. George*
Philip G. George, Esquire
NJ Bar ID #015061982
Of Counsel to the Law Firm

IT IS SO ORDERED.

_____
Hon. Esther Salas, U.S.D.J.

Dated: _____, 2026

PGG/pg
CC:    By PACER and email only
       Edward Andrew Paltzik, Esquire
       Mary Anne Groh, Esquire
       Thomas McGuire, Executive First Assistant Bergen County Prosecutor