# TAYLOR DYKEMA

Taylor Dykema PLLC
914 E. 25th St.
Houston, TX 77009

Edward Andrew Paltzik
Of Counsel
Direct: 516.526.0341
edward@taylordykema.com

March 11, 2026

**VIA ECF**

Hon. Michael A. Hammer, U.S. Magistrate Judge
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   *Elsid Aliaj v. Fort Lee Police Department et al.,* Case No. 2:25-cv-17131
        Plaintiff's Request to Modify Schedule

Your Honor:

This firm is counsel to Plaintiff Elsid Aliaj ("Aliaj" or "Plaintiff") in the above-captioned matter. Together with the Borough of Fort Lee (sued herein as "Fort Lee Police Department"), Matthew J. Hintze, (the Borough of Fort Lee and Hintze, together, the "Borough Defendants"), the Bergen County Prosecutor's Office, and Mark Musella (together, the "County Defendants"), the undersigned respectfully submits this joint letter with a status update and a request that this Court modify the current schedule as set forth below.

### Request to Modify the Schedule

The parties engaged in settlement discussions beginning in December 2025 and concluding on March 2, 2026, without a resolution. Now, due to changed circumstances and new facts which became known after November 5, 2025, the date that Plaintiff filed his Complaint [ECF 1], Plaintiff is withdrawing his Motion for Preliminary Injunction [ECF 3] without prejudice and intends to file an Amended Complaint. Plaintiff is not pursuing preliminary injunctive relief currently.

*Aliaj v. Fort Lee Police Department, et al.*
Case No. 2:25-cv-17131
March 11, 2026

    Additionally, all Defendants have consented to Plaintiff's filing of an Amended Complaint. Plaintiff intends to amend his Complaint to reflect the return of his firearms by the Defendants and the withdrawal of the State proceedings seeking revocation of his FPIC and compelled production of cohabitant medical records; to add additional factual material; to add one or more named Plaintiffs to this action, and to replace the currently named defendant Fort Lee Police Department with the Borough of Fort Lee.

    Accordingly, the parties respectfully request that this Court issue an order (1) directing the Clerk to close Plaintiff's Motion for Preliminary Injunction [ECF 3], (2) cancelling the upcoming briefing deadlines on Plaintiff's Motion for Preliminary Injunction, and (3) setting a deadline for Plaintiff to file an Amended Complaint on or before April 13, 2026.

    We thank the Court for its time and attention to this matter.

                                          Respectfully Submitted,

                                          */s/Edward Andrew Paltzik*
                                          Edward Andrew Paltzik, Esq.
                                          Taylor Dykema, PLLC
                                          914 E 25th Street
                                          Houston, TX 77009
                                          516-526-0341
                                          edward@taylordykema.com

                                          *Counsel for Plaintiff Elsid Aliaj*

