

## TAYLOR DYKEMA

Taylor Dykema PLLC

Edward Andrew Paltzik
Attorney
Direct: 516-526-0341
edward@taylordykema.com
914 E. 25th St.
Houston, TX 77009

April 10, 2026

Hon. Esther Salas, U.S.D.J.
United States District Court
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**_VIA ECF_**

> **Re:** **_Elsid Aliaj v. Fort Lee Police Department, et al._**
> **Docket No. 2:25-cv-17131**

Dear Judge Salas:

As the Court knows, this law firm represents Plaintiff Elsid Aliaj in the above-captioned matter.

We write with the consent of counsel for Defendants to respectfully request a two-week extension of Plaintiff's deadline to file the Amended Complaint, which the Court ordered be filed on or before April 13, 2026 (ECF No. 25). Plaintiff requests that the deadline be extended through April 27, 2026.

Good cause exists for this request. Counsel for Plaintiff has been significantly hindered by a personal issue involving a catastrophic injury to a close friend, which has impacted counsel's ability to complete the amended pleading on the current schedule. Plaintiff is continuing to review and refine the amended complaint and evaluate issues raised in the course of this litigation. The requested extension will allow Plaintiff to finalize a comprehensive amended complaint. This is a brief, consensual request and will not prejudice any party.

We thank the Court for its consideration.

Respectfully Submitted,

/s/ Edward Andrew Paltzik, Esq.
Edward Andrew Paltzik, Esq.
Taylor Dykema PLLC
914 E. 25th St.
Houston, TX 77009
edward@taylordykema.com
516-526-0341
*Counsel for Plaintiff*

cc:    Counsel of record (*via ECF*)

2