

## TAYLOR DYKEMA

Taylor Dykema PLLC

Edward Andrew Paltzik
Attorney
Direct: 516-526-0341
edward@taylordykema.com
914 E. 25th St.
Houston, TX 77009

May 15, 2026

***VIA ECF***

Hon. Michael A. Hammer
United States District Court
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> **Re:** ***Elsid Aliaj v. Fort Lee Police Department, et al.***
> <u>**No. 2:25-cv-17131**</u>

Dear Judge Hammer:

This law firm represents Plaintiff Elsid Aliaj ("Plaintiff") in the above-captioned matter. We write with the consent of counsel for the Defendants to respectfully request a two-week extension of Plaintiff's deadline to file the Amended Complaint, which is presently due on May 18, 2026 (ECF 29).

Plaintiff requests that this deadline be extended through June 1, 2026. Good cause exists for this request. While the Amended Complaint is progressing towards completion, counsel for Plaintiff is continuing to investigate the causes of action and some of the allegations to be presented in the final filing (pursuant to Fed. R. Civ. P. 11). The requested extension will allow Plaintiff to finalize a comprehensive amended complaint. This is a brief, consensual request and will not prejudice any party.

We thank the Court for its time and consideration in this matter.

Respectfully Submitted,

*/s/ Edward Andrew Paltzik*
Edward Andrew Paltzik
**TAYLOR DYKEMA PLLC**
914 E. 25th St.
Houston, TX 77009
edward@taylordykema.com
516-526-0341
*Counsel for Plaintiff*

cc:      All counsel of record (*via ECF*)

2