# CLEARY | GIACOBBE | ALFIERI | JACOBS LLC

MARY ANNE GROH Partner
mgroh@cgajlaw.com

**Reply to: Oakland Office**

June 9, 2026

**<u>Via ECF</u>**
Hon. Michael A. Hammer, U.S.M.J.
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> **Re: <u>Aliaj, et al. v. Bergen County Prosecutor's Office, et al.</u>**
> **Docket No. 2:25-cv-17131**

Dear Judge Hammer:

This firm is counsel to Defendant Borough of Fort Lee ("the Borough" or "Fort Lee") in the above-referenced matter. I am hereby writing on behalf of Fort Lee with the consent of counsel for Plaintiffs to request an extension of the deadline by which Fort Lee must respond to the Amended Complaint filed by Plaintiff on June 1, 2026. I am attaching a proposed Consent Order granting a 30-day extension of time to Answer.

There is good cause for the extension in light of the (a) addition of parties to the action including two (2) new plaintiffs and three (3) new defendants; (b) the dismissal of certain defendants; and (3) the passage of many months since the matter had been litigated.

I am providing a brief recap of the procedural history of the matter. Elsid Aliaj ("Aliaj") instituted this action on November 3, 2025 by filing a Verified Complaint, motion and other papers seeking, *inter alia*, immediate relief related to Fort Lee's custody of firearms owned by Aliaj that had been turned over in April of 2025. Aliaj named the Fort Lee Police Department and its Chief Matthew J. Hintze, but not the Borough of Fort Lee. Aliaj also named the Bergen County Prosecutor's Office and Mark Musella, in his official capacity as Bergen County Prosecutor, as defendants (hereinafter "County Defendants"). On November 5, 2025, this Court entered an Order denying Aliaj's request for immediate relief, while allowing Aliaj's motion to proceed. (ECF5)

---

**Oakland Office: 169 Ramapo Valley Road, UL 105, Oakland, NJ 07436 Tel 973 845-6700 Fax 201 644-7601**
Somerville Office: 50 Division Street, Suite 501, Somerville, NJ 08876 Tel 732 583-7474 Fax 201 644-7601
Haddonfield Office: 255 Kings Highway East, Haddonfield, NJ 08033 Tel 732 583-7474 Fax 732 290-0753
Matawan Office: 955 State Route 34, Suite 200, Matawan, NJ 07747 Tel 732 583-7474 Fax 732 290-0753

www.cgajlaw.com

Hon. Michael A. Hammer, U.S.M.J.
June 9, 2026
Page 2

In early December of 2025, this firm filed an application for an extension of time to answer on behalf of the Fort Lee Defendants, which was granted. (ECF15) Around the same time, the County Defendants authorized the Fort Lee Defendants to release the firearms to Aliaj making much, if not all, of the relief requested by Aliaj in his motion and Complaint moot. Thereafter, the parties conferred regarding a possible final resolution of the action, but were unable to reach an agreement satisfactory to all parties. While those discussions ensued, the parties asked the Court to extend the deadlines for the filing of opposition to Aliaj's motion and to answer the Complaint; and, said requests were granted.

By March 11, 2026, Aliaj determined to withdraw the motion filed on November 3, 2025, and advised this Court in a letter of even date. (ECF24) Plaintiff also requested, with the consent of the originally named defendants, for the establishment of a deadline for filing an Amended Complaint of April 13, 2026. (Id.) By Order datedApril 13, 2026, Your Honor granted Aliaj's requests. (ECF25)

Thereafter, this Court granted three (3) extensions of the deadline for filing an Amended Complaint and, on June 1, 2026, Plaintiff filed an Amended Complaint naming the Borough as a defendant and dismissing the Police Department and the Police Chief. As noted, Aliaj also added two (2) co-plaintiffs and joined the Boroughs of Paramus and Rochelle Park.

In light of the foregoing, the undersigned respectfully requests an extension of the time for Fort Lee to file an answer.

Respectfully submitted,

*/s/ Mary Anne Groh*

Mary Anne Groh
Enc.

cc: All Counsel of Record (via ECF)