

## TAYLOR DYKEMA

Taylor Dykema PLLC

Edward Andrew Paltzik
Attorney
Direct: 516-526-0341
edward@taylordykema.com
914 E. 25th St.
Houston, TX 77009

July 30, 2026

***VIA ECF***

Hon. Michael A. Hammer
United States District Court
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> **Re:** ***Aliaj et al. v. Bergen County Prosecutor's Office, et al.***
> <u>**No. 2:25-cv-17131**</u>

Dear Judge Hammer:

This firm represents Plaintiffs Elsid Aliaj, Martin Hroncich, and Luis Rene De La Cruz Franco (collectively "Plaintiffs") in the above-captioned matter. We write with the consent of counsel for Defendants Bergen County Prosecutor's Office ("BCPO"), Mark Musella (collectively "BCPO Defendants"), Borough of Fort Lee ("Fort Lee"), Borough of Paramus ("Paramus") and Township of Rochelle Park ("Rochelle Park") (collectively with BCPO Defendants, "Defendants") to respectfully request that the Court enter an order, extending the briefing schedule to make all motions directed at Plaintiffs' Amended Complaint[1] returnable on September 21, 2026.

---

[1] Fort Lee and Paramus filed Motions to Dismiss the Amended Complaint on July 14, 2026 and July 22, 2026, respectively (ECF Nos. 44, 49). Counsel for BCPO Defendants and Rochelle Park have informed Plaintiffs' counsel that they intend to file their own Motions to Dismiss by their respective deadlines to respond to the Amended Complaint, on or before August 14, 2026 and August 24, 2026.

Accordingly, Plaintiffs respectfully request that the Court so-order the following revised briefing schedule:

| Event | Previous Deadline | Proposed New Deadline |
|---|---|---|
| *Motion Day* | August 17, 2026 | September 21, 2026 |
| *Initial Filing Deadline (BCPO Defendants)* | August 14, 2026 | August 24, 2026 |
| *Initial Filing Deadline (Rochelle Park)* | August 24, 2026 | August 24, 2026 (same) |
| *Deadline for Opposition Papers* | August 3, 2026 (BCPO and Fort Lee Motions) | September 4, 2026 (All Motions) |
| *Deadline for Reply Papers* | August 10, 2026 | September 14, 2026 |

Good cause exists for the requested extension. The revised deadlines proposed above would promote judicial economy and streamline the briefing schedule by enabling Plaintiffs to respond to all dispositive motions on a coordinated timeline. A consolidated briefing schedule would conserve the parties' resources, avoid potentially duplicative briefing on overlapping factual and legal issues, and provide the Court with a single, comprehensive set of motion papers for consideration, rather than requiring multiple rounds of briefing on issues arising from the same pleading. Plaintiffs believe that this approach will facilitate a more efficient resolution of the pending and anticipated motions without prejudicing any party.

We thank the Court for its time and consideration in this matter.

Respectfully Submitted,

*/s/ Edward Andrew Paltzik*
Edward Andrew Paltzik
**TAYLOR DYKEMA PLLC**
914 E. 25th St.
Houston, TX 77009
edward@taylordykema.com
516-526-0341
*Counsel for Plaintiff*

cc:    All counsel of record (*via ECF*)

2