THE LAW OFFICES OF
RICHARD MALAGIERE
A PROFESSIONAL CORPORATION
www.malagierelaw.com

**Richard Malagiere**
*Member NJ & NY Bar*
*Registered Patent Attorney*

250 MOONACHIE ROAD
SUITE 300A
MOONACHIE, NJ 07074
201.440.0675
FAX: 201.440.1843

100 CHURCH STREET
SUITE 800
NEW YORK, NEW YORK 10007
212.879.5580
FAX: 212.879.5583

***REPLY TO NJ OFFICE**

**Michael Kahn**
*Registered Patent Agent*
**Leonard E. Seaman**
*Certified Civil Trial Attorney*

Of Counsel
**Frank D. Rivellini**
**Francis J. DeVito**

Writer's Direct Dial: 201.509-4181
Writer's e-mail: rm@malagierelaw.com

September 14, 2026

***VIA Pacer***
Unted States District Court Judge Esther Salas
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, New Jeresy 07102

Re: Elsid Aliaj, et al v. Bergen County Prosecutor's Office, et al.
2:25-cv-17131

Dear Judge Salas:

This office represents the Borough of Paramus ("Paramus") in connection with the above-referenced matter. Please accept this letter brief in lieu of a more formal brief by way of Reply submitted by Paramus to the pending motion to dismiss filed by Paramus. See, ECF Doc. #49.

Paramus filed a Fed R. Civ. P 12(b)(6) motion to dismiss directed at the Amended Complaint in this matter. See, ECF Doc. # 32. The arguments raised in the Paramus brief in support of the motion to dismiss were not opposed by the "Plaintiffs' Combined Opposition to Defendants' Motion s to Dismiss [Dkts, 44, 49, 53 54]." See, ECF Doc. #55.

Briefly, Paramus raised the following substantive arguments in its motion to dismiss brief. Specifically, Point I: The Amended Complaint Should be Dismissed Against the Borough of Paramus because it was Filed more than Two (2) Years from the Time the Cause Action Accrued on June 7,

2023 and Point II: The Amended Complaint Should be Dismissed Against the Borough of Paramus because it Alleges Municipal Liability Based Upon Mistake and the Imposed Policy of the Bergen County Prosecutor's Office, not a Policy of the Borough of Paramus. The Plaintiffs did not substantively raise arguments in opposition to these points. Instead, the Plaintiffs' brief on page 2 at footnote #4 indicates that "[t]he arguments herein do not address Hroncich, as we will not be arguing against the Motions with respect to him." See, ECF Doc. #55. Plaintiff Martin Hroncich is a Paramus resident and the only Plaintiff with claims against Paramus. See, ECF Doc. # 32 (First Amended Complaint ¶'s 16, 69-77, 117, 143-151).

Based on the foregoing and the arguments presented in Paramus' motion to dismiss, Paramus respectfully requests the Court consider and grant its pending motion to dismiss in the instant matter.

Respectfully yours,
/s/Richard Malagiere
RICHARD MALAGIERE

RM/rm
Client (via e-mail)