*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
124 HALSEY STREET
PO BOX 45029
NEWARK, NJ 07101

MIKIE SHERRILL
*Governor*

DR. DALE G. CALDWELL
*Lt. Governor*

JENNIFER DAVENPORT
*Attorney General*

MICHAEL C. WALTERS
*Director*

September 24, 2026

**VIA ECF**
Honorable Alex D. Silagi, U.S.M.J.
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: Aliaj v. Bergen County Prosecutor's Office**
**Civil No. 25-17131 (ES/ADS)**

Dear Judge Silagi:

This office represents Defendants Bergen County Prosecutor's Office and Mark Musella ("County Defendants") in the above-referenced matter. On July 16, 2026, Judge Hammer set a virtual scheduling conference for October 2, 2026, at 10:00 a.m., and directed the parties to submit a joint discovery plan by September 28, 2026. (ECF No. 45). Defendants Borough of Fort Lee (ECF No. 44), Borough of Paramus (ECF No. 49), County Defendants (ECF No. 53), and Township of Rochelle Park (ECF No. 54) have each moved to dismiss Plaintiffs' amended complaint, and the return date for these motions is set for October 19, 2026.

In light of these pending motions, which may narrow or resolve the claims and shape the scope of discovery, the parties jointly request that the Court adjourn the October 2, 2026 scheduling conference and hold the September 28, 2026 joint-discovery-plan deadline in abeyance pending its decision on the motions to dismiss.

Thank you for your consideration.

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By: *_/s/ Samuel T. Eglow_*

Samuel T. Eglow
Deputy Attorney General
(609) 380-9743
samuel.eglow@law.njoag.gov

cc: All Counsel