State of New Jersey
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
P.O. Box 45029
NEWARK, NJ 07101

MIKIE SHERRILL
*Governor*

JENNIFER DAVENPORT
*Attorney General*

MICHAEL C. WALTERS
*Director*

October 15, 2026

Honorable Esther Salas, U.S.D.J.
United States District Court – District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**RE: Aliaj, et al. v. Bergen County Prosecutor's Office, et al.**
**Civil No. 25-17131 (ES/ADS)**

Dear Judge Salas:

This office represents Defendants Bergen County Prosecutor's Office and Mark Musella ("County Defendants") in the above-referenced matter. Further to the Court's October 5, 2026 Text Order, I write to advise that the parties have conferred and resolved the issues outlined in County Defendants' October 2, 2026 letter concerning the proposed Consent Order approving the settlement among Plaintiffs, Defendant Township of Rochelle Park, and Defendant Borough of Fort Lee (ECF No. 66). The settling parties anticipate submitting a revised Consent Order to the Court shortly.

Respectfully yours,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By: *s/* Surinder K. Aggarwal
SURINDER K. AGGARWAL
Deputy Attorney General
surinder.aggarwal@law.njoag.gov

cc: All Counsel