**Dermot J. Doyle, Esq.**
**Attorney ID No.: 047151984**
**HUNTINGTON BAILEY, L.L.P.**
373 Kinderkamack Road
Westwood, New Jersey 07675
(201) 666-8282
*Attorneys for Defendant Township of Rochelle Park*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ELSID ALIAJ, MARTIN HRONCICH, and LUIS RENE DE LA CRUZ FRANCO,<br><br>Plaintiffs<br><br>-against-<br><br>BERGEN COUNTY PROSECUTOR'S OFFICE, MARK MUSELLA, in his official capacity as Bergen County Prosecutor, BOROUGH OF FORT LEE, BOROUGH OF PARAMUS, and TOWNSHIP OF ROCHELLE PARK,<br><br>Defendants. | Civil Action No.: 2:25-cv-17131 (ES) (MAH)<br><br>**CONSENT ORDER APPROVING SETTLEMENT** |

**THIS MATTER** being jointly opened to the Court by Dermot J. Doyle, Esq. of Huntington Bailey, L.L.P., counsel for Defendant Township of Rochelle Park (hereinafter "Rochelle Park"); Mary Anne Groh, Esq. of the firm Cleary Giacobbe Alfieri Jacobs Lagana, LLC, counsel for Defendant Borough of Fort Lee (hereinafter "Fort Lee"); and Edward A. Paltzik, Esq. of the firm Taylor Dykema PLCC, counsel for the Plaintiffs; and

**WHEREAS,** Plaintiffs Elsid Aliaj (hereinafter "Aliaj") and Luis Rene De La Cruz (hereinafter "De La Cruz") have filed suit against Defendants Fort Lee and Rochelle Park, respectively; and

**WHEREAS,** the parties have reached agreement on resolution of the claims of those Plaintiffs against Rochelle Park and Fort Lee; and

**WHEREAS,** Rochelle Park confiscated weapons and ammunition from Plaintiff De La Cruz; and

**WHEREAS,** Fort Lee confiscated weapons and ammunition from Plaintiff Aliaj; and,

**WHEREAS,** the Bergen County Prosecutor's Office (hereinafter "BCPO") previously authorized Fort Lee to return the weapons and ammunition seized from Plaintiff Aliaj, and the Fort Lee Police Department returned that property to Plaintiff Aliaj, on December 12, 2025; and

**WHEREAS,** the BCPO authorized Rochelle Park to return the firearm and ammunition previously seized from De La Cruz by the Rochelle Park Police Department, and the Rochelle Park Police Department returned the weapon and ammunition to Plaintiff De La Cruz on September 16, 2026; and

**WHEREAS,** Plaintiffs Aliaj and De La Cruz, and Defendants Fort Lee and Rochelle Park, desire that the Action and all disputes and claims between them shall be immediately settled, finally compromised, terminated, and dismissed with prejudice, subject to the terms and conditions set forth below, and that they be spared the time and expense of further litigation and costs between them:

**NOW THEREFORE,** it is on this _______________ day of __________________, 2026 Ordered as follows:

1. Should the Court in the instant action determine that any policy or directive of the BCPO issued to Fort Lee and Rochelle Park is unconstitutional and in violation of the Second Amendment rights of Plaintiffs Aliaj and De La Cruz, Fort Lee and Rochelle Park shall abide by any declaratory judgment issued by the Court relating to such BCPO policies and directives;

2. Should the Court in the instant action determine that any policy or directive of the BCPO issued to Fort Lee and Rochelle Park is unconstitutional and violate the Second Amendment rights of citizens and enters an injunction as to enforcement thereof, then Fort Lee and Rochelle Park will abide by any such injunction;

3. Fort Lee and Rochelle Park agree that they will not oppose or interfere with the pending action by Plaintiffs against the BCPO;

4. Fort Lee and Rochelle Park agree that they will produce party representatives to sit for third-party depositions relating to the allegations in Plaintiffs' First Amended Complaint or any subsequent pleading, upon request by Plaintiffs to the undersigned litigation counsel, or if either of them are unavailable then to municipal counsel for the two towns without need for subpoena or other process, including the respective chiefs or other heads of their municipal police departments. Fort Lee and Rochelle Park also agree that they will produce relevant documents responsive to any document demands or requests for production relating to the allegations in Plaintiffs' First Amended Complaint or any subsequent pleadings, upon request by Plaintiffs to the undersigned litigation counsel, or if either of them are unavailable then to municipal counsel for the two towns without need for subpoena or other process.

5. Plaintiffs Aliaj and De La Cruz shall dismiss any and all claims asserted in the First Amended Complaint with prejudice against Defendants Fort Lee and Rochelle Park, and any and all agents, employees, police chiefs, police officers, and police departments of Fort Lee and Rochelle Park. Such dismissal is with prejudice, without costs or fees, and with no right of Plaintiffs Aliaj and De La Cruz to seek reinstatement of any claims against Fort Lee and Rochelle Park in their First Amended Complaint subsequent to the date hereof;

6. As consideration for the Settlement in connection with this Consent Order Approving Settlement, Plaintiffs Aliaj and De La Cruz: (1) covenant and agree that for themselves,

their heirs, representatives, successors and assigns they will forever refrain from instituting, maintaining, filing, pressing, collecting, or in any way aiding or proceeding upon, and hereby release and forever discharge Defendants Fort Lee and Rochelle Park from and against any and all actions, causes of action, suits, rights, debts, sums of money, attorneys' fees, costs, accounts, covenants, controversies, agreements, promises, damages, claims, grievances, arbitrations, or demands whatsoever, whether known or unknown, accrued or unaccrued, liquidated or contingent, direct or indirect that Plaintiffs Aliaj and De La Cruz now have, or have had from the beginning of the world until the date all parties execute this Consent Order Approving Settlement including, but not limited to: (a) any events that Plaintiffs Aliaj and De La Cruz, alleged in the First Amended Complaint; (b) any claim under any federal, state, or local law or ordinance, or other alleged violation of any federal, state, or local law or ordinance; (c) any demand for damages including, but not limited to, punitive or exemplary damages, lost wages or income, or civil or criminal fines or forfeitures; and (d) any demand for costs or litigation expenses including, but not limited to, attorneys' fees; and (2) agree to execute any documents necessary to effectuate dismissal of any and all claims against Fort Lee and Rochelle. The afore-described release is not intended to be exclusive, and Plaintiffs Aliaj and De La Cruz intend to discharge Defendants Fort Lee and Rochelle Park from any statutory or common law cause of action of every kind and description, which they may have until the date all parties execute this Consent Order Approving Settlement. The parties intend that this Release shall discharge Defendants Fort Lee and Rochelle Park, to the maximum extent permitted by law as discussed herein;

7. Defendants Fort Lee and Rochelle Park likewise release and discharge Plaintiffs Aliaj and De La Cruz from and against any claims arising from the filing of the instant lawsuit, including without limitation any claims for costs and/or attorney fees incurred in the defense of same; and

8. The parties acknowledge that this Consent Order Approving Settlement has been executed in connection with the compromise and settlement of disputed claims and that this Consent Order Approving Settlement and the actions taken pursuant thereto do not constitute an acknowledgment, admission, or concession of any wrongdoing on the part of Defendants Fort Lee and Rochelle Park.

______________________________
**Honorable Esther Salas**
**United States District Judge**

We hereby consent to the form
and entry of the within Order:

**TAYLOR DYKEMA PLLC**

*Edward Paltzik*
______________________________
Edward Andrew Paltzik, Esq.
Attorney for Plaintiffs
Dated: October 16, 2026

**CLEARY GIACOBBE ALFIERI JACOBS LAGANA, LLC**

*Mary Anne Groh*
______________________________
Mary Anne Groh, Esq.
Attorney for Defendant
Borough of Fort Lee
Dated: October 15, 2026

**HUNTINGTON BAILEY, L.L.P.**

*Dermot J. Doyle*
______________________________
Dermot J. Doyle, Esq.
Attorney for Defendant
Township of Rochelle Park
Dated: 10/16/2026