# HUNTINGTON BAILEY, L.L.P.

COUNSELLORS AT LAW
373 KINDERKAMACK ROAD
WESTWOOD, NEW JERSEY 07675
(201) 666-8282
FAX (201) 666-9625

WWW.HUNTINGTONBAILEY.COM

RUSSELL R. HUNTINGTON (retired)
WILLIAM J. BAILEY
DERMOT J. DOYLE
SIOBHAN SPILLANE BAILEY *
DAVID S. LAFFERTY
MAURA O'HALLORAN DEEGAN
JOANN RICCARDI SCHUMAN

* Also Member PA Bar


October 16, 2026

***Via ECF***
Honorable Esther Salas, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse, 2A
50 Walnut Street
Newark, New Jersey 07101

**Re: Aliaj, et als. v. Bergen County Prosecutor's Office, et als.**
**Civil Action No.: 2:25-cv-17131 (ES) (ADS)**

Dear Judge Salas:

As the Court may recall, the undersigned represents Defendant, Township of Rochelle Park (hereinafter "Rochelle Park"), with respect to the captioned litigation.

Following the filing of a proposed Consent Order Approving Settlement as to Defendants, Rochelle Park and Borough of Fort Lee (hereinafter "Fort Lee") on October 2, 2026, Samuel Eglow, Esq., the Deputy Attorney General (DAG) representing the County Defendants in this matter, filed a letter with the Court objecting to certain portions of the proposed Consent Order. Subsequently, Your Honor ordered that all counsel meet and confer in order to resubmit a revised form of proposed Consent Order that addressed the concerns of both the County Defendants and the other parties.

Therefore, please be advised that all counsel have worked diligently over the past two weeks, including conducting Teams conferences, conference calls and exchanging many e-mails, in an effort to arrive at a proposed form of Consent Order Approving Settlement that was acceptable to all parties. As of late yesterday afternoon, a final agreement was reached among all counsel, and I therefore am filing herewith the revised form of proposed Consent Order Approving Settlement as between Plaintiffs and Defendants, Fort Lee and Rochelle Park. Counsel for the County Defendants filed a letter yesterday directed to Your Honor, advising that the revised form adequately addressed the concerns of the County Defendants and was acceptable to them.

HUNTINGTON BAILEY, L.L.P.
COUNSELLORS AT LAW

Thus, on behalf of Plaintiffs, Aliaj and De La Cruz Franco, and Defendants, Fort Lee and Rochelle Park, we respectfully request that Your Honor enter the revised form of Consent Order Approving Settlement submitted herewith as between Plaintiffs and those two towns, which will result in dismissal with prejudice of the claims against Fort Lee and Rochelle Park, while Plaintiffs' claims against the County Defendants will proceed.

Many thanks for your kind courtesy and consideration herein.

Respectfully yours,
**HUNTINGTON BAILEY, L.L.P.**

DERMOT J. DOYLE

DJD/svc

cc: Edward Andrew Paltzik, Esq. – *(via ECF)*
MaryAnne Groh, Esq. – *(via ECF)*
Samuel T. Eglow, Esq., DAG – *(via ECF)*
Richard Malagiere, Esq.– *(via ECF)*